IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYDE K. WHITE, | ) | CV 06-00636ACK-BMK |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CLAYTON FRANK, Warden, Halawa Correctional Facility; IWALANI WHITE, Interim Director, Department of Public Safety, State of Hawaii; FRANK J. LOPEZ, Deputy Director for Corrections, Department of Public Safety; and MARK J. BENNETT, Attorney General, State of Hawaii, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 4, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation That Petition For Habeas Corpus Be Granted" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 28, 2007.



_____
Alan C. Kay
Sr. United States District Judge